Cause Number  H-90-2075

Style  STANISLAW R. BURZYNSKI ET AL.  v.  AETNA

Clerk, U.S. District Court
Southern District of Texas
ENTERED

AUG 29 1997

Michael N. Milby, Clerk

Appearances:

| Counsel: | Representing: |
|---|---|
| Ralph Carrigan | Burzynski |
| Michael Bynane | BRI |
| | |
| Mark Wawro | Aetna |

Date: Aug. 28, 1997

Time: 3:00 pm / 3:10 pm

Reporter: Sanchez
Law Clerk: Yowell

HEARING
MINUTES AND ORDER

At the conclusion of the evidence the following rulings were made:

Plaintiff's Response to Defendant's Amended Motion for Summary Judgment is due Sept. 12, 1997. Defendant's response will be due Sept. 19, 1997.

The Clerk will file these Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge

#156